**MOTOROLA, INC., Appellant,**

v.

**Les BROWNLEE, Acting Secretary of the Army, Appellee.**

No. 03–1376.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 3, 2003.

**Leo STOLLER, Appellant,**

v.

**UNEX CORP., Appellee.**

No. 03–1123.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 5, 2003.

Before MAYER, Chief Judge, MICHEL, and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and BRYSON, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.